## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:14-CV-637-ORL-28KRS

Plaintiff:
**Ira Hall,**

vs.

Defendant:
**Southeast Supreme Cleaning Services, Inc. and David E. Stamm,**

For:
Carlos V. Leach
Morgan & Morgan, P.A.
P.O. Box 4979
Orlando, FL 32802-4979

Received by ATTORNEYS LEGAL SERVICES, INC. on the 23rd day of April, 2014 at 2:54 pm to be served on SOUTHEAST SUPREME CLEANING SERVICES, INC. C/O DAVID E. STAMM, REGISTERED AGENT, 104 Wild Plum Lane, Longwood, FL 32779.

I, Joseph Pleasant, being duly sworn, depose and say that on the 28th day of April, 2014 at 9:25 am, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: KATHELYN GILLESPIE as CO-RESIDENT at the address of: **104 Wild Plum Lane, Longwood, FL 32779**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida Statute 48.031(1)(a).

I certify that I am a Certified Process Server, in the 18th Judicial Circuit, pursuant to FS 48.027, and that I have no interest in the above action. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Joseph Pleasant
2014-0327.PLE

Subscribed and Sworn to before me on the 28th day of
April, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBORAH A. SAMUEL
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE036539
Expires 1/12/2015

**ATTORNEYS LEGAL SERVICES, INC.**
**112 East Concord Street**
**Orlando, FL 32801**
**(800) 275-8908**

Our Job Serial Number: ALS-2014003845
Ref: 2150155
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

IRA HALL, on behalf of himself and those similarly situated

)
)
)
)
)

*Plaintiff(s)*

v.

SOUTHEAST SUPREME CLEANING SERVICES, INC., a Florida For Profit Corporation, and DAVID E. STAMM, individually,

)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 6:14CV637-ORL-28KRS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SOUTHEAST SUPREME CLEANING SERVICES, INC.
C/O: DAVID E. STAMM, Registered Agent
104 WILD PLUM LANE
LONGWOOD, FL 32779

*Kathelyn Gillespie*
*4-28-14 9 25AM*

*327-AVE*
*Joseph Pleasant*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carlos V. Leach, Esq.
MORGAN & MORGAN, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*C. Henderson*

Date: 4/24/14

*Signature of Clerk or Deputy Clerk*