UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IRA HALL,**

       **Plaintiff,**

**v.**                                                           **Case No:  6:14-cv-637-Orl-41KRS**

**SOUTHEAST SUPREME CLEANING**
**SERVICES, INC. and DAVID E.**
**STAMM,**

       **Defendants.**

                                        /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's, Ira Hall, Motion for Entry of Default Final Judgment (the "Motion") filed on August 15, 2014. (Doc. 17). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation on September 22, 2014, recommending that this Court grant in part the Motion. (Doc. 18, at 12). Specifically, Judge Spaulding recommends that this Court: (1) find that Defendants, Southeast Supreme Cleaning Services, Inc. and David E. Stamm (collectively, "Defendants"), are liable for violating the Fair Labor Standards Act; (2) assess damages of $393.00 and costs of $470.00 against Defendants; and (3) dismiss Count II of the Complaint (Doc. 1), as well as the allegations concerning the collective action. (Report & Recommendation at 12).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) filed on September 22, 2014, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 17) is **GRANTED in part**.

3. Defendants are liable to Plaintiff, under Count I of the Complaint (Doc. 1), for failing to pay Plaintiff overtime compensation, in violation of 29 U.S.C. § 207(a).

4. Count II of the Complaint is **DISMISSED**.

5. The Clerk is directed to enter a judgment in favor of Plaintiff and against Defendants, jointly and severally, for $393.00 in damages and $470.00 in costs.

6. After the entry of judgment, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record